# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| S.B., on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>) **CIVIL ACTION FILE**<br>) **NO. _____**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## TENET HEALTHCARE CORPORATION'S NOTICE OF REMOVAL

Defendant Tenet Healthcare Corporation ("Tenet") hereby removes this action from the Superior Court of Fulton County, Georgia, to the Atlanta Division of the United States District Court for the Northern District of Georgia under 28 U.S.C. §§ 1332, 1441, 1446, 1453, and other applicable law. In support of removal, Tenet states the following:

1. Plaintiff S.B. filed a complaint on December 8, 2016 captioned *S.B., on behalf of herself and all others similarly situated, v. Tenet Healthcare Corporation*, Case No. 2016CV283573 (the "State Court Action") in the Superior Court of Fulton County, Georgia. Plaintiff S.B. served the summons and a copy of the complaint on

Tenet on December 9, 2016. A true and correct copy of the complaint and all process, pleadings, and orders served on Tenet are attached as Exhibit 1.

2. Plaintiff S.B. asserts state law claims on behalf of herself and a putative class of unnamed persons against Tenet for (a) fraud; (b) negligent misrepresentation; (c) money had and received; and (d) unjust enrichment. The complaint seeks compensatory, punitive, and other damages.

3. The State Court Action is eligible for removal to this Court because: (i) this Court has original jurisdiction over Plaintiff S.B.'s claims; and (ii) the procedural requirements for removal are satisfied.

## I. THIS COURT HAS ORIGINAL JURISDICTION OVER THE CLAIMS IN THE STATE COURT ACTION

4. The Class Action Fairness Act ("CAFA") grants federal courts diversity jurisdiction over putative class actions that meet certain diversity and amount in controversy requirements. *See* 28 U.S.C. § 1332(d). Because, as shown below, those requirements are satisfied in this case, the State Court Action may be removed to this Court.

### A. The State Court Action Satisfies the CAFA Minimum Diversity Requirement.

5. The State Court Action satisfies the CAFA diversity requirement because at least one named plaintiff or absent class member is a citizen of a different

state than at least one defendant. *See* 28 U.S.C. § 1332(d)(2)(a). According to the Complaint, Plaintiff S.B. is a citizen of Georgia. Compl. ¶ 1. Tenet, a corporation, is a citizen of Nevada (its state of incorporation) and Texas (its primary place of business). *See* 28 U.S.C. 1332(c)(1) (citizenship of corporations); *see also* Compl. ¶ 2.

6. None of the mandatory or permissive exceptions in CAFA are presently applicable. Those exceptions only apply if (in relevant part) at least one defendant is a citizen of the state where the action was originally filed. *See* 28 U.S.C. §§ 1332(d)(3), (d)(4)(A)(i)(II)(cc). Tenet is the only defendant and it is not a citizen of Georgia, the state where the action was originally filed.

### B. The State Court Action Satisfies the CAFA Amount in Controversy Requirement.

7. The amount in controversy in this case exceeds the $5 million jurisdictional requirement of CAFA. *See* 28 U.S.C. § 1332(d)(2).

8. Under CAFA, the claims of putative class members are aggregated when determining the amount in controversy. 28 U.S.C. § 1332(d)(6). Plaintiff S.B. seeks recovery on behalf of a proposed class containing "thousands, if not tens of thousands" of members. Compl. ¶ 80.

9. Plaintiff S.B. seeks to recover damages on behalf of the proposed class for amounts "Tenet unlawfully billed and collected" for services provided to putative

class members. *Id.* at ¶ 102; *see also id.* ¶ 106. The Complaint alleges the amount billed and collected for services provided to putative class members is more than $125 million, which far exceeds the $5 million CAFA threshold. *See, e.g., id.* at ¶ 68.

10. The Complaint also seeks recovery from Tenet of amounts paid by putative class members to a third party (Clinica de la Mama) for prenatal and other services. *Id.* at ¶ 94. Plaintiff S.B. alleges that the amounts paid to Clinica de la Mama ranged between $1,200 and $1,700 per person, and were "typically in excess of $1,500." *Id.* at ¶ 48. Even assuming that the several thousand or tens of thousands of putative class members paid the bottom end of the range alleged in the Complaint – $1,200 – the aggregate amount exceeds the $5 million CAFA threshold.

11. The Complaint additionally alleges that Plaintiff and putative class members incurred various other damages including transportation, lodging, meals, family expenses, and other amounts. *Id.* at ¶ 94. Plaintiff also seeks punitive damages on behalf of the proposed class. *Id.* at 21. These additional damages push the amount in controversy even farther beyond the $5 million CAFA threshold.

## II. REMOVAL IS PROPER

12. Tenet timely files this Notice. Tenet was served on December 9, 2016. A defendant must file a notice of removal within thirty days after receiving service

of process. *See* 28 U.S.C. 1446(b). Thirty days after December 9 is Sunday, January 8, 2017. Tenet's deadline to file this Notice is therefore Monday, January 9, 2017. *See* Fed. R. Civ. P. 6(a)(2)(C) (extending deadlines running on a weekend "until the same time on the next day that is not a Saturday, Sunday, or legal holiday"). Tenet files this Notice on January 6, 2017. Tenet's Notice is therefore timely.

13. Venue is proper under 28 U.S.C. 1441(a) in this Court because the United States District Court for the Northern District of Georgia is a federal judicial district embracing the Superior Court of Fulton County, Georgia, the court where Plaintiff S.B. filed the State Court Action.

14. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of the complaint and all process, pleadings, and orders served on Tenet as of the date of this filing are attached hereto as Exhibit 1.

15. Tenet is the only defendant and consents to removal.

16. After filing this Notice, in accordance with 28 U.S.C. § 1446(d), Tenet will serve a copy of this Notice upon counsel for Plaintiff S.B. and will file a copy of the Notice with the Clerk of the Superior Court of Futon County, Georgia. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2.

17. Tenet will file its responsive pleading in this Court in accordance with Federal Rule of Civil Procedure 81(c)(2), which provides that a removing defendant

shall file its responsive pleading within seven days after a notice of removal is filed. By filing this Notice, Tenet does not waive any defenses to the Complaint.

18. Tenet has satisfied all other requirements necessary to remove this action to federal court.

WHEREFORE, Tenet hereby removes this action to this Court for further proceedings according to law.

Respectfully submitted this 6th day of January, 2017.

/s/ Samuel R. Rutherford
William H. Jordan
Georgia Bar Number 405112
bill.jordan@alston.com
Samuel R. Rutherford
Georgia Bar Number 159079
sam.rutherford@alston.com
Matthew L.J.D. Dowell
Georgia Bar Number 236685
matt.dowell@alston.com
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-7000

*Attorneys for Defendant Tenet Healthcare Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed a true and correct copy of the within and foregoing **TENET HEALTHCARE CORPORATION'S NOTICE OF REMOVAL** using the Court's CM/ECF system. I further certify that I have this day served a true and correct copy of the same via United States First Class Mail, with sufficient postage affixed thereto, upon the following:

> E. Adam Webb
> G. Franklin Lemond, Jr.
> Webb, Klase & Lemond, LLC
> 1900 The Exchange, S.E., Suite 480
> Atlanta, Georgia 30339
>
> Richard D. McCune
> McCuneWright LLP
> 2068 Orange Tree Lane, Suite 216
> Redlands, California 92374
>
> Joseph G. Sauder
> McCuneWright LLP
> 555 Lancaster Avenue
> Berwyn, Pennsylvania 19312

On this 6th day of January, 2017.

> /s/ Samuel R. Rutherford
> Samuel R. Rutherford
> Georgia Bar Number 159079
> sam.rutherford@alston.com