UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.B., on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TENET HEALTHCARE CORPORATION,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-00075-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the court having Granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 11th day of August, 2017.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/Daniel Ross
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 11, 2017
James N. Hatten
Clerk of Court

By:　s/Daniel Ross
　　　　Deputy Clerk